IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE TIDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| NICHOLAS SELINE and PLAISTED | ) | |
| TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT, PLAISTED TRANSPORTATION, INC.'S**
**NOTICE OF REMOVAL**

Defendant, Plaisted Transportation, Inc., by its attorneys, The Hunt Law Group, LLC, hereby gives notice that this action has been removed from the Circuit Court of Will County, in the State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§1332, 1441 and 1446, and respectfully states as follows:

1.      On August 10, 2022, plaintiff, Andre Tidwell ("Tidwell") filed a civil complaint captioned *Andre Tidwell v. Nicholas Seline and Plaisted Transportation, Inc.*, Case No. 22 LA 000516 in the Circuit Court of Will County, Illinois. The complaint alleges, as a result of a motor vehicle accident occurring on August 11, 2020, plaintiff "was injured, suffered, and in the future will suffer, great pain and suffering; and has been disabled and/or has suffered the loss of normal life; has lost and will in the future lose great gains which he otherwise would have made and acquired; has become liable for large sums of money for hospital and medical care and attention; all of which injuries and conditions are permanent." (See plaintiff's Complaint attached as Exhibit A.)

2.      On September 13, 2022, Plaisted Transportation was served with the Complaint. (See Return of Service, attached as Exhibit B.)

3.      The Hunt Law Group, LLC, has been retained by Plaisted Transportation, Inc. to defend Plaisted Transportation, Inc. and driver, Nicholas Seline.

4.      As of the date of this filing Nicholas Seline has not been served. As such, the consent for removal of Nicholas Seline is not required. See *Davis v. Averitt Express, Inc.*, 2006 WL 3883322 at *2 (N.D. Ill., Dec. 28, 2006). However, as his counsel, any necessary consent is given.

5.      The plaintiff is now and was at the time of the commencement of this lawsuit a resident and citizen of the State of Illinois and is not a resident or citizen of the same state as any defendant in this case.

6.      Plaisted Transportation, Inc. is a Minnesota Corporation with its principal place of business in Elk River, Minnesota, 55330.

7.      Defendant, Nicholas Seline is a resident and citizen of the State of Minnesota.

8.      Accordingly, none of the defendants are citizens of the State of Illinois and do not have a principal place of business in Illinois. Therefore, there is complete diversity between the parties pursuant to 28 U.S.C. §1332(a)(1) and §1441(b).

9.      Defendant, Plaisted Transportation, Inc. does not have a parent corporation. No company owns more than 10% of Plaisted Transportation, Inc.'s stock. (See Plaisted Transportation, Inc.'s Corporate Disclosure Statement, attached as Exhibit C.)

## AMOUNT IN CONTROVERSY

10.     Plaintiff has not alleged a specific amount in controversy. Plaintiff's prayer for relief requests a judgment against Plaisted Transportation, Inc. and Nicholas Seline "in such a sum in excess of fifty thousand dollars." (Exhibit A.)

11.     Plaintiff is claiming he "was injured, suffered, and in the future will suffer, great pain and suffering; and has been disabled and/or has suffered the loss of normal life; has lost and will in the future lose great gains which he otherwise would have made and acquired; has become liable for large sums of money for hospital and medical care and attention; all of which injuries and conditions are permanent." (Exhibit A.)

12.     Based on the damage allegations in the Complaint, it is defendant's good-faith belief that the amount in controversy exceeds $75,000, exclusive of interest and costs. *See Dart Cherokee Basin Operation Co. v. Owens*, 574 U.S. 81 (2015); *Midland Management v. American Alternative Ins. Corp.,* 132 F.Supp.3d 1014 (N.D.Ill. 2015); *Roppo v. Travelers Commercial Ins. Co.*, 869 F.3d 568 (7th Cir. 2017).

11.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 and this action may be removed to this Court by the defendant pursuant to 28 U.S.C. §1446(a) because it is a civil action between citizens of different states, the matter in controversy exceeds the sum of $75,000 and this Court is the District Court for the United States for the district and division encompassing the place where the action is pending.

12.     This Notice of Removal is being filed within the thirty-day deadline as prescribed by 28 U.S.C. §1446(b).

13.     Attached to this filing as Exhibit D, are copies of all process and pleadings served upon defendant, Plaisted Transportation, Inc.

14.     Promptly after filing this Notice of Removal, the defendants will file a true and accurate copy of this Notice of Removal with the Clerk of the Circuit Court of Will County, Illinois. Written notice of the filing will also be provided to plaintiff's counsel as required by 28 U.S.C. §1446(d).

WHEREFORE, defendant, Plaisted Transportation, Inc., gives notice that the lawsuit captioned *Andre Tidwell v. Nicholas Seline and Plaisted Transportation, Inc.*, Case No. 2022 LA 000516, filed in the Circuit Court of Will County, Illinois, is removed to the United States District Court for the Northern District of Illinois, Eastern Division.

**THE DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully Submitted,

THE HUNT LAW GROUP, LLC


By:     */s/ Kelly E. Purkey*


Brian J. Hunt
Kelly E. Purkey
THE HUNT LAW GROUP, LLC
Attorneys for Defendant Woodfield Mall LLC
10 S. LaSalle Street, Suite 1450
Chicago, Illinois 60603
(312) 384-2300
bhunt@hunt-lawgroup.com
kpurkey@hunt-lawgroup.com