### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### WILL COUNTY, ILLINOIS

ANDRE TIDWELL, )
        Plaintiff, )
         )     2022LA000516
v. )
         )     Case No.:
NICHOLAS SELINE and PLAISTED )     Please Serve: Plaisted Transportation, Inc.
TRANSPORTATION, INC., )                     25690 Verdin Street NW
        Defendants. )                     Isanti, MN 55040

### SUMMONS

To each of the above named Defendants: You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the Office of the Clerk of this Court located at 100 West Jefferson Street, Joliet, IL within 30 days after service of this Summons exclusive of the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the Officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after the day issued.

WITNESS: 8/10/2022 11:41 AM
*Andrea Lynn Chastain*
Clerk of the Court

BY:     KLS
Deputy

Gregory Leiter (#6277877)
Leiter Law Offices, P.C.
63 West Jefferson Street
Suite 203
Joliet, IL 60432
815-723-7600
Fax: 815-723-7677
Email: gleiter@gleiterlaw.com

**EXHIBIT A**

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000516
Filed Date: 8/10/2022 11:41 AM
Envelope: 19028831
Clerk: KLS

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### WILL COUNTY, ILLINOIS

| | |
|---|---|
| ANDRE TIDWELL, <br>           Plaintiff, <br> v. <br> NICHOLAS SELINE and PLAISTED <br> TRANSPORTATION, INC., <br>           Defendants. | Case No.: 2022LA000516 |

### COMPLAINT AT LAW

#### Count I
#### (Nicholas Seline)

NOW COMES Plaintiff, ANDRE TIDWELL, by his attorneys, LEITER LAW OFFICES, complaining of the Defendant, NICHOLAS SELINE, states, pleading hypothetically and in the alternative:

1. At all relevant times, Joyce Road was a public highway extending in a general northerly and southerly direction at and near its intersection with Marmion Avenue in Joliet, Illinois.

2. On August 11, 2020, Plaintiff, ANDRE TIDWELL, operated a certain motor vehicle in a generally northerly direction on Joyce Road, south of its intersection with Marmion Avenue.

3. At that time and place, Plaintiff, ANDRE TIDWELL, attempted to make a left turn into a private drive just south of Marmion Avenue.

ROOM: 905

Initial case management set for 11/28/2022 at: 9:00 a.m.

1

4. At the aforesaid time and place, Defendant, NICHOLAS SELINE, owned, operated, managed, maintained and controlled a 2015 Freightliner tractor trailer combination, in a generally northbound direction on Joyce Road, in the right lane, just south of its intersection with Marmion Avenue.

5. At the aforesaid time and place, Defendant, NICHOLAS SELINE, attempted to make a left turn onto a private drive, causing his rear axles/tires to strike the front driver's side of Plaintiff's vehicle.

6. Before and at the time of the occurrence complained of, Defendant, NICHOLAS SELINE, was guilty of one or more of the following negligent acts and/or omissions:

   a. Did not keep a proper and sufficient lookout;

   b. Made a left turn from the right lane;

   c. Did not stop or slow his vehicle to avoid a collision;

   d. Operated a tractor-trailer combination vehicle on a roadway with a length and gross weight greater than the posted maximum;

   e. Improperly utilized the lanes of traffic;

   f. Operated his vehicle in making a left turn without first confirming whether it was safe to do so and without warning.

   g. Acted in a manner so as to be the proximate cause of Plaintiff's injuries.

7. As a proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant, NICHOLAS SELINE, Plaintiff, ANDRE TIDWELL, was injured, suffered, and in the future will suffer, great pain and suffering; and has been disabled and/or has suffered the loss of normal life; has lost and will in the future lose great gains which he otherwise would have made and acquired; has become liable for large sums of money for hospital and medical care and attention; all of which injuries and conditions are permanent.

WHEREFORE, Plaintiff, ANDRE TIDWELL, demands judgment against Defendant, NICHOLAS SELINE, in such a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) that the trier of facts finds to be fair and adequate compensation.

## Count II
### Plaisted Transportation, Inc.

1-3. Plaintiff adopts and incorporates Paragraphs 1 through 3 of Count I and as for Counts 1 through 3 of Count II as though fully set forth herein.

4. Before and at the time of the occurrence complained of, Defendant, PLAISTED TRANSPORTATION, INC., owned, managed, maintained and controlled a certain tractor-trailer combination vehicle known as a Freightliner, Tractor, Year 2015, VIN 3AKJGLD53FSGC0416.

5. Before and at the time of the occurrence complained of, Defendant, NICHOLAS SELINE, was the employee, servant, agent and/or apparent agent of Defendant, PLAISTED TRANSPORTATION, INC., acting within the scope of his authority while operating said vehicle.

6. Before and at the time of the occurrence complained of, Defendant, PLAISTED TRANSPORTATION, INC., by and through the acts of its employee, servant, agent and/or apparent agent, NICHOLAS SELINE, was guilty of one or more of the following negligent acts and/or omissions:

    a. Did not keep a proper and sufficient lookout;

    b. Made a left turn from the right lane;

    c. Did not stop or slow his vehicle to avoid a collision;

    d. Operated a tractor-trailer combination vehicle on a roadway with a length and gross weight greater than the posted maximum;

    e. Improperly utilized the lanes of traffic;

    f. Operated his vehicle in making a left turn without first confirming whether it was safe to do so and without warning.

      g.    Acted in a manner so as to be the proximate cause of Plaintiff's injuries.

7.    As a proximate result of one or more of the foregoing negligent acts and/or omissions of Defendant, PLAISTED TRANSPORTATION, INC., Plaintiff, ANDRE TIDWELL, was injured, suffered, and in the future will suffer, great pain and suffering; and has been disabled and/or has suffered the loss of normal life; has lost and will in the future lose great gains which he otherwise would have made and acquired; has become liable for large sums of money for hospital and medical care and attention; all of which injuries and conditions are permanent.

WHEREFORE, Plaintiff, ANDRE TIDWELL, demands judgment against Defendant, PLAISTED TRANSPORTAION, INC., in such a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) that the trier of facts finds to be fair and adequate compensation.

                                                    Plaintiff, ANDRE TIDWELL,

                                                    By: _____
                                                            Plaintiff's Attorney

Gregory Leiter (#6277877)
Leiter Law Offices, P.C.
63 West Jefferson Street
Suite 203
Joliet, IL 60432
815-723-7600
Fax: 815-723-7677
Email: gleiter@gleiterlaw.com

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2022LA000516
Filed Date: 8/10/2022 11:41 AM
Envelope: 19028831
Clerk: KLS

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| ANDRE TIDWELL,      Plaintiff, | ) ) ) |
| v. | )   Case No.: **2022LA000516** |
| NICHOLAS SELINE and PLAISTED TRANSPORTATION, INC.,      Defendants. | ) ) ) ) |

### AFFIDAVIT OF DAMAGES PURSUANT TO SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath deposes and states that he is a party to the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.00.

Plaintiff, ANDRE TIDWELL,

By: _____
Plaintiff's Attorney

Gregory Leiter (#6277877)
Leiter Law Offices, P.C.
63 West Jefferson Street
Suite 203
Joliet, IL 60432
815-723-7600
Fax: 815-723-7677
Email: gleiter@gleiterlaw.com